IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNETTE GILNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MID-AMERICA COUNCIL OF BOYS SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICA,<br><br>　　　　Defendants. | 8:23CV299<br><br>ORDER OF DISMISSAL OF CLAIMS |

This matter comes before the Court on the parties' Joint Stipulation (Filing No. 74). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's age discrimination claims, both under the Nebraska Age Discrimination in Employment Act and the Federal Age Discrimination in Employment Act, Counts III and IV of the complaint, be dismissed with prejudice. In exchange, Defendants will not assert a defense to either the Family Medical Leave Act ("FMLA") interference or retaliation claims under Count VII of the complaint that it did not employ more than fifty (50) employees during the relevant calendar year. All other claims filed in the complaint, Filing No. 1-1, remain litigable.

Dated this 23rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge